DEPARTMENT OF THE
  CORPORATION COUNSEL    205

MOANA M. LUTEY    6385
Corporation Counsel
GLEN R. PASCUAL    7072
PETER A. HANANO    6839
Deputies Corporation Counsel
County of Maui
200 South High Street
Wailuku, Maui, Hawaii 96793
Telephone No.: (808) 270-7740
Email: glen.r.pascual@co.maui.hi.us
Email: peter.hanano@co.maui.hi.us

Attorneys for Defendant
  DEREK KAAUKAI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| KRISTY TANAKA,<br><br>       Plaintiff,<br><br>vs.<br><br>DEREK KAAUKAI,<br><br>       Defendant. | Civil No.: 20-00205 SOM-RT<br><br>ORDER DENYING PLAINTIFF KRISTY TANAKA'S MOTION TO COMPEL, FILED FEBRUARY 1, 2021 [ECF No. 52] |

**ORDER DENYING PLAINTIFF KRISTY TANAKA'S
MOTION TO COMPEL, FILED FEBRUARY 1, 2021 [ECF No. 52]**

    Plaintiff KRISTY TANAKA's Motion to Compel, filed February 1, 2021

[ECF No. 52], having come on for telephonic hearing on March 18, 2021, at 11:00

a.m., before the Honorable Rom Trader, Magistrate Judge of the United States District Court, District of Hawaii; KRISTY TANAKA, appearing *pro se* via telephone; and GLEN R. PASCUAL, Deputy Corporation Counsel, County of Maui, appearing via telephone on behalf of Defendant DEREK KAAUKAI.

Having taken judicial notice of the records and files in this case, including careful consideration of Plaintiff's Motion to Compel [ECF No. 52] and Defendant's Memorandum in Opposition [ECF No. 56] within the context of the record and the applicable rules and legal authorities, and having heard additional arguments and comments from the parties, the Court hereby adopts the arguments and authorities relied upon by the Defendant and for the reasons stated on the record, DENIES Plaintiff's Motion to Compel.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, March 19, 2021.



/s/ Rom A. Trader
Rom A. Trader
United States Magistrate Judge

___

Civ. No. 20-00205 SOM-RT; *Krisity Tanaka v. Derek Kaauka*; Order Denying Plaintiff Kristy Tanaka's Motion to Compel, Filed February 1, 2021 [ECF No. 52]