DEPARTMENT OF THE CORPORATION COUNSEL  205

MOANA M. LUTEY                6385
Corporation Counsel
GLEN R. PASCUAL               7072
PETER A. HANANO              6839
Deputies Corporation Counsel
County of Maui
200 South High Street
Wailuku, Maui, Hawaii 96793
Telephone No.: (808) 270-7740
Email: glen.r.pascual@co.maui.hi.us
Email: peter.hanano@co.maui.hi.us

Attorneys for Defendant
 DEREK KAAUKAI

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| KRISTY TANAKA,<br><br>        Plaintiff,<br><br>vs.<br><br>DEREK KAAUKAI,<br><br>        Defendant. | Civil No.: 20-00205 SOM-RT<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE; CERTIFICATE OF SERVICE<br><br>Trial: February 15, 2022 |

## **STIPULATION FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED by the parties, through their counsel, that all claims asserted by Plaintiff are hereby dismissed with prejudice. This dismissal is made pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure,

following settlement of this matter. Each party shall bear its own attorneys' fees and costs.

DATED: Wailuku, Maui, Hawaii, July 15, 2021.

By: _____
KRISTY TANAKA
Plaintiff Pro Se

DATED: Wailuku, Maui, Hawaii, July 15, 2021.

MOANA M. LUTEY
Corporation Counsel
Attorneys for Defendant
 DEREK KAAUKAI

By:  /s/ Glen R. Pascual
GLEN R. PASCUAL
PETER A. HANANO
Deputies Corporation Counsel



Approved as to Form:
/s/ Susan Oki Mollway